UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OMNI INNOVATIONS, LLC, et al.,

                Plaintiffs,

     v.

IMPULSE MARKETING GROUP, INC., et al.,

                Defendants.

No. C06-1469P

MINUTE ORDER

     The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

     The parties have not complied with the Court's order directing the parties to file a combined Joint Status Report and Discovery Plan by December 27, 2006.  (Dkt. No. 2).  The deadline for filing this report is hereby extended to January 16, 2007.  If the report is not filed by this time, sanctions may be ordered.  Sanctions may include dismissal of the action without prejudice.

     Date:   January 4, 2007.

                       BRUCE RIFKIN, Clerk

                       By:    /s/ Mary Duett_____
                                 Deputy Clerk

MINUTE ORDER  - 1