1

2

3

4

5

6

7

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

8    OMNI INNOVATIONS, LLC, et al.,

9                    Plaintiffs,                              No. C06-1469P

10        v.                                                 MINUTE ORDER

11   IMPULSE MARKETING GROUP, INC., et al.,

12                    Defendants.

13

14        The following minute order is made by the direction of the court, the Honorable Marsha J.

15   Pechman:

16        Plaintiffs have notified the Court by telephone that Defendants have not yet been served with

17   the summons and complaint in this matter.  Therefore, the Court extends the deadline for filing a

18   combined Joint Status Report and Discovery Plan to <u>February 28, 2007</u>.  The deadline for the Rule

19   26(f) conference is extended to February 14, 2007 and the deadline for initial disclosures is extended

20   to February 21, 2007.

21        Date:   January 8, 2007.

22                                              BRUCE RIFKIN, Clerk

23                                              By:    <u>/s/ Mary Duett</u>
                                                       Deputy Clerk
24

25

26

MINUTE ORDER  - 1