1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| **OMNI INNOVATIONS, LLC, a Washington Limited Liability company; EMILY ABBEY, an individual,**<br><br>                              **Plaintiffs,**<br><br>    v.<br><br>**IMPULSE MARKETING GROUP, INC, a Nevada/Georgia corporation; JEFFREY GOLDSTEIN, individually and as part of his marital community; KENNETH ADAMSON, individually and as part of his marital community; GREGORY GREENSTEIN, individually and as part of his marital community; STEVE WADLEY, individually and as part of his marital community; JOHN DOES, I-X,**<br><br>                              **Defendants,** | **NO.** 06-1469<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

TO:          Clerk of Court

AND TO:     Defendants, and their attorneys

NOTICE OF WITHDRAWAL AND SUBSTITUTION
OF COUNSEL -1

**i.Justice Law, P.C.**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717

1    PLEASE TAKE NOTICE that i.Justice Law, P.C. is hereby substituted for Merkle,

2  Siegel, & Friedrichsen, P.C. as counsel of record for Plaintiffs Emily Abbey and Omni

3  Innovations, LLC in this matter. Copies of all further papers and proceedings herein, except

4  original service of process, shall be served upon the undersigned at the following address:

5
                            Robert J. Siegel
                            i.Justice Law, P.C.
6                      1325 Fourth Avenue, Suite 940
                            Seattle, WA 98101
7                         Phone: 206.304.5400
                            Fax: 206.624.0717
8

9

10  Dated: January 17, 2007

11                                                                    I.JUSTICE LAW, P.C.

12                                                      BY: /S/ ROBERT J. SIEGEL
                                                           ROBERT J. SIEGEL, WSBA #17312
13                                                           ATTORNEY FOR PLAINTIFFS

14

15

16    The undersigned consents to his withdrawal as counsel for Plaintiffs and to the

17  substitution of i.Justice Law, P.C. as counsel for Plaintiffs.

18

19        Dated: January 17, 2007

20                                              MERKLE, SIEGEL, & FRIEDRICHSEN, P.C.

21

22                                                      BY: /s/ ROBERT J. SIEGEL
                                                           ROBERT J. SIEGEL, WSBA #17312
23

24

25  NOTICE OF WITHDRAWAL AND SUBSTITUTION                    **i.Justice Law, P.C.**
    OF COUNSEL -2                                       1325 Fourth Ave., Suite 940
                                                              Seattle, WA 98101
                                                            Phone: 206-304-5400
                                                              Fax: 206-624-0717

1

CERTIFICATE OF SERVICE

2        I hereby certify that on January 17, 2007, I electronically filed the foregoing with the

3    Clerk of the Court using the CM/ECF system, which will send notification of such filing to

4    the following: all Parties

5                                                                          I.JUSTICE LAW, P.C.

6

7    DATE: JANUARY 17, 2007                      BY: /s/ ROBERT J. SIEGEL_____
                                                          ROBERT J. SIEGEL
8                                                      WASHINGTON BAR NO. 17312
                                                     1325 FOURTH AVENUE, SUITE 940
9                                                          SEATTLE, WA 98101
                                                      TELEPHONE: 206.304.5400
10                                                         FAX: 206.624.0717
                                                      BOB@IJUSTICELAW.COM
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
NOTICE OF WITHDRAWAL AND SUBSTITUTION          **i.Justice Law, P.C.**
OF COUNSEL -3                                   **1325 Fourth Ave., Suite 940**
                                                **Seattle, WA 98101**
                                                **Phone: 206-304-5400**
                                                **Fax: 206-624-0717**