

IN THE
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC;<br>EMILY ABBEY,<br><br>　　　　　　　　　　　Plaintiff/Petitioner<br><br>vs.<br>IMPULSE MARKETING GROUP, INC.,<br>A NEVADA/GEORGIA CORPORATION; ET AL.,<br><br>　　　　　　　　　　　Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **CV6-1469**  MJP<br><br>DECLARATION OF SERVICE OF:<br>**SUMMONS IN A CIVIL CASE; COMPLAINT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **5th day of February, 2007, at 12:20 PM**, at the address of **5887 GLENRIDGE Drive SUITE 400, ATLANTA, Fulton** County, **GA 30328**; this declarant served the above described documents upon **IMPULSE MARKETING GROUP, INC.**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **James Brodie, A white male approx. 40-45 years of age 5'8"-5'10" in height weighing 180-200 lbs with blonde hair.**

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Washington** that the statement above is true and correct.

DATED this **12th day of February, 2007**.

_____
Earl Gayle

ABC's Client Name
**I.Justice Law, PC
Omni v Impulse**

ORIGINAL PROOF
SERVICE

06-CV-01469-RCPT



IN THE
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC;<br>EMILY ABBEY,<br><br>Plaintiff/Petitioner<br><br>vs.<br>IMPULSE MARKETING GROUP, INC.,<br>A NEVADA/GEORGIA CORPORATION; ET AL.,<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **CV6-1469**<br><br>DECLARATION OF SERVICE OF:<br>**SUMMONS IN A CIVIL CASE; COMPLAINT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **5th day of February, 2007, at 12:25 PM**, at the address of **5887 GLENRIDGE Drive SUITE 400, ATLANTA, Fulton County, GA 30328**; this declarant served the above described documents upon **JEFFREY GOLDSTEIN**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **Jeffrey Goldstein, A white male approx. 40-45 years of age 5'8"-5'10" in height weighing 160-180 lbs with brown hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Washington** that the statement above is true and correct.

DATED this **12th day of February, 2007**.

**Earl Gayle**

ABC's Client Name
I.Justice Law, PC
Omni v Impulse

ORIGINAL PROOF OF
SERVICE

ABC Tracking #: **4242677**