THE HON. MARSHA J. PECHMAN

i.Justice Law, PC
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509
206-304-5400

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| **OMNI INNOVATIONS, LLC, a Washington Limited Liability company; EMILY ABBEY, an individual,**<br><br>                          **Plaintiffs,**<br>v.<br><br>**IMPULSE MARKETING GROUP, INC, a Nevada/Georgia corporation; JEFFREY GOLDSTEIN, individually and as part of his marital community; KENNETH ADAMSON, individually and as part of his marital community; JOHN DOES, I-X,**<br><br>                          **Defendants,** | **NO. 06-1469 P**<br><br>**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE RE FILING OF JSR** |

Plaintiffs Omni Innovations, LLC., and Emily Abbey, by and through their undersigned counsel, respond as follows to this Court's Order To Show Cause of March 1, 2007 re the filing of a Joint Status Report.

PLAINTIFF'S RESPONSE TO ORDER TO SHOW
CAUSE RE SERVICE OF PROCESS  -1

**I.JUSTICE LAW, P.C.**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717

As noted in Plaintiffs' initial Response to the Order To Show Cause, Plaintiffs have effected service upon 3 of the defendants, which affidavits of service have been filed with this Court.

The statutory period for Answering the Complaint for these out-of-state defendants is 60 days from the date of service. Thus, April 5th and 13th would be the operative dates for the defendants served. None of the defendants have appeared or answered to date. Consequently, Plaintiff has been thus far unable to comply with the deadlines pursuant to FRCP 26, including the filing of a Joint Status Report, as no parties have yet appeared.

Accordingly, Plaintiff respectfully requests an extension until April 30, 2007 to file the JSR, or move for default in the event that a defendant fails to appear or answer.

RESPECTFULLY submitted this 27th day of March, 2007.

i.Justice Law, PC

/s/ Robert J. Siegel
By: Robert J. Siegel, WSBA #17312
i.Justice Law, PC
1325 Fourth Ave., Suite 940
Seattle, WA 98101-2509

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE SERVICE OF PROCESS  -2

**I.JUSTICE LAW, P.C.**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717