THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC., a Washington Limited Liability company; EMILY ABBEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada/Georgia corporation; JEFFREY GOLDSTEIN, individually and as part of his marital community; KENNETH ADAMSON, individually and as part of his marital community; GREGORY GREENSTEIN, individually and as part of his marital community; STEVE WADLEY, individually and as part of his marital community; JOHN DOES, I-X,<br><br>Defendants. | No. 06-cv-01469-MJP<br><br>**NOTICE OF APPEARANCE**<br><br>**(Clerk's Action Required)** |

To:      Omni Innovations, LLC and Emily Abbey, Plaintiffs;

AND TO:   Robert J. Siegel, Plaintiffs' Attorney of Record.

YOU AND EACH OF YOU please take notice that Defendants Impulse Marketing Group, Inc., Jeffrey Goldstein, and Kenneth Adamson appear in this action by and through their attorney, Matthew R. Wojcik and Jackson & Wallace, LLP.

All pleadings, notices, and other papers in this action, with the exception of original process, should be served at the address stated below.

NOTICE OF APPEARANCE - 1

C:\NrPortbl\iManage\HRG1335617

JACKSON & WALLACE LLP
1201 Third Avenue, Suite 3080
Seattle, WA  98101
(206) 386-0214

DATED this 6th day of April, 2007.

JACKSON & WALLACE LLP

/s/ Matthew R. Wojcik
Matthew R. Wojcik, WSBA No.27918
JACKSON & WALLACE LLP
1201 Third Avenue
Seattle, WA 98101
Telephone: (206) 386-0214
Fax: (206) 386-0216
Email: mwojcik@jacksonwallace.com
Attorneys for Defendants IMG, Goldstein and Adamson

## CERTIFICATE OF SERVICE

I hereby certify that on the date noted below I electronically filed the document entitled Notice of Appearance in accordance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

| | |
|---|---|
| Robert J. Siegel, WSBA #17312<br>Merkle Siegel & Friedrichsen<br>1325 Fourth Avenue, Suite 940<br>Seattle, WA 98101<br>Bob@iJusticelaw.com | Douglas E McKinley<br>LAW OFFICE OF DOUGLAS E MCKINLEY JR<br>PO BOX 202<br>RICHLAND, WA 99352<br>doug@mckinleylaw.com |

DATED this 6th day of April, 2007.

JACKSON & WALLACE LLP

/s/ Matthew R. Wojcik
Matthew R. Wojcik, WSBA No.27918
JACKSON & WALLACE LLP
1201 Third Avenue
Seattle, WA 98101
Telephone: (206) 386-0214
Fax: (206) 386-0216
Email: mwojcik@jacksonwallace.com
Attorneys for Defendants IMG, Goldstein and Adamson

NOTICE OF APPEARANCE - 2

C:\NrPortbl\iManage\HRG1335617

JACKSON & WALLACE LLP
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214