THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC., a Washington Limited Liability company; EMILY ABBEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada/Georgia corporation; JEFFREY GOLDSTEIN, individually and as part of his marital community; KENNETH ADAMSON, individually and as part of his marital community; GREGORY GREENSTEIN, individually and as part of his marital community; STEVE WADLEY, individually and as part of his marital community; JOHN DOES, I-X,<br><br>Defendants. | No. 06-cv-01469-MJP<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FRCP 12 (b)(2) & (6) OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT UNDER FRCP 12(e)<br><br>[PROPOSED]<br><br>NOTE ON MOTION CALENDAR: JUNE 1, 2007 |

THIS MATTER came before the Court on Defendants' Motion to Dismiss Plaintiffs' Complaint Pursuant to FRCP 12(b)(2) and (6) or, in the Alternative, for a More Definite Statement Under FRCP 12(e). Having considered all written submissions, and the pleadings and files herein, the Court hereby finds as follows:

1. This Court lacks personal jurisdiction over Jeffrey Goldstein.

2. Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

Order Granting Defendants' Motion To Dismiss
Plaintiffs' Complaint - 1
C:\NrPortbl\iManage\HRG1353851

JACKSON & WALLACE LLP
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214

THEREFORE, it is hereby ORDERED that:

1. The motion to dismiss is GRANTED.

2. The Clerk will enter a judgment dismissing this action with prejudice and awarding Defendants their costs and reasonable attorney's fees incurred in bringing this motion.

DATED this _____ day of _____, 2007.

_____
The Honorable Marsha J. Pechman

Presented by:

JACKSON & WALLACE LLP

/s/ Matthew R. Wojcik
_____
Matthew R. Wojcik, WSBA No.27918
JACKSON & WALLACE LLP
1201 Third Avenue
Seattle, WA 98101
Telephone: (206) 386-0214
Fax: (206) 386-0216
Email: mwojcik@jacksonwallace.com
Attorneys for Defendants IMG, Goldstein and Adamson

Order Granting Defendants' Motion To Dismiss
Plaintiffs' Complaint - 2
C:\NrPortbl\iManage\HRG1353851

JACKSON & WALLACE LLP
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214

## CERTIFICATE OF SERVICE

I hereby certify that on the date noted below I electronically filed the document entitled [Proposed] Order Granting Defendants' Motion To Dismiss Plaintiffs' Complaint Pursuant to FRCP 12 (b)(2)(6) or, in the Alternative, For A More Definite Statement Under FRCP 12(e) in accordance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

| | |
|---|---|
| Robert J. Siegel, WSBA #17312<br>Merkle Siegel & Friedrichsen<br>1325 Fourth Avenue, Suite 940<br>Seattle, WA 98101<br>Bob@iJusticelaw.com | Douglas E McKinley<br>LAW OFFICE OF DOUGLAS E MCKINLEY JR<br>PO BOX 202<br>RICHLAND, WA 99352<br>doug@mckinleylaw.com |

DATED this 4th day of May, 2007.

JACKSON & WALLACE LLP

/s/ Matthew R. Wojcik
Matthew R. Wojcik, WSBA No.27918
JACKSON & WALLACE LLP
1201 Third Avenue
Seattle, WA 98101
Telephone: (206) 386-0214
Fax: (206) 386-0216
Email: mwojcik@jacksonwallace.com
Attorneys for Defendants IMG, Goldstein and Adamson

Order Granting Defendants' Motion To Dismiss
Plaintiffs' Complaint - 3
C:\NrPortbl\iManage\HRG1353851

JACKSON & WALLACE LLP
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214