THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC., a Washington Limited Liability company; EMILY ABBEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada/Georgia corporation; JEFFREY GOLDSTEIN, individually and as part of his marital community; KENNETH ADAMSON, individually and as part of his marital community; GREGORY GREENSTEIN, individually and as part of his marital community; STEVE WADLEY, individually and as part of his marital community; JOHN DOES, I-X,<br><br>Defendants. | No. 06-cv-01469-MJP<br><br>DECLARATION OF MATTHEW R. WOJCIK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FRCP 12 (b)(2) & (6) OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT UNDER FRCP 12(e)<br><br>NOTE ON MOTION CALENDAR: JUNE 1, 2007 |

I, Matthew R. Wojcik, declare under penalty of perjury of the laws of the State of Washington that the following is true and correct.

1. I am counsel of record for Defendants Impulse Marketing Group, Inc., Jeffrey Goldstein and Kenneth Adamson in the above-captioned matter. I am competent to testify to the matters herein based on personal knowledge.

2. This action was commenced by Plaintiffs on or about October 10, 2006.

Declaration of Matthew R. Wojcik in Support of
Motion To Dismiss Plaintiffs' Complaint - 1
C:\NrPortbl\iManage\HRG1353863

JACKSON & WALLACE LLP
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214

3. Defendants were not served with the Complaint until approximately four (4) months after the Complaint was initially filed, on or about February 5, 2007.

4. Impulse and Goldstein were served on or about February 5, 2007.

5. Upon information and belief, Omni Innovations, LLC ("Omni") is owned by Mr. James S. Gordon, Jr. ("Gordon"), who also serves as the registered agent for Omni.

6. Gordon is the plaintiff in a nearly identical action against Defendants filed on or about November 23, 2004 in United States District Court in the Eastern District of Washington.

7. Upon information and belief, Gordon has filed no less than thirteen (13) other lawsuits against email marketers since 2004.

8. Gordon is a professional plaintiff, whose tendency to exaggerate the facts has already been noted by this Court.

Signed at Seattle, Washington this 4th day of May, 2007.

JACKSON & WALLACE LLP

/s/ Matthew R. Wojcik
Matthew R. Wojcik, WSBA No.27918
JACKSON & WALLACE LLP
1201 Third Avenue
Seattle, WA 98101
Telephone: (206) 386-0214
Fax: (206) 386-0216
Email: mwojcik@jacksonwallace.com
Attorneys for Defendants IMG, Goldstein and Adamson

Declaration of Matthew R. Wojcik in Support of
Motion To Dismiss Plaintiffs' Complaint - 2
C:\NrPortbl\iManage\HRG1353863

JACKSON & WALLACE LLP
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214

# CERTIFICATE OF SERVICE

I hereby certify that on the date noted below I electronically filed the document entitled Declaration of Matthew R. Wojcik in Support of Defendants' Motion To Dismiss Plaintiffs' Complaint Pursuant to FRCP 12 (b)(2)(6) or, in the Alternative, For A More Definite Statement Under FRCP 12(e) in accordance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

| | |
|---|---|
| Robert J. Siegel, WSBA #17312<br>Merkle Siegel & Friedrichsen<br>1325 Fourth Avenue, Suite 940<br>Seattle, WA 98101<br>Bob@iJusticelaw.com | Douglas E McKinley<br>LAW OFFICE OF DOUGLAS E MCKINLEY JR<br>PO BOX 202<br>RICHLAND, WA 99352<br>doug@mckinleylaw.com |

DATED this 4th day of May, 2007.

JACKSON & WALLACE LLP

/s/ Matthew R. Wojcik
Matthew R. Wojcik, WSBA No.27918
JACKSON & WALLACE LLP
1201 Third Avenue
Seattle, WA 98101
Telephone: (206) 386-0214
Fax: (206) 386-0216
Email: mwojcik@jacksonwallace.com
Attorneys for Defendants IMG, Goldstein and Adamson

Declaration of Matthew R. Wojcik in Support of
Motion To Dismiss Plaintiffs' Complaint - 3
C:\NrPortbl\iManage\HRG1353863

JACKSON & WALLACE LLP
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214