Jackson & Wallace LLP
By: Matt Wojcik
1201 Third Avenue, Suite 3080
Seattle, WA 99336
*Local Counsel for Defendants
Impulse Marketing Group, Inc. & Jeffrey Goldstein*

Hon. Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Omni Innovations, LLC, a Washington Limited Liability company and Emily Abbey, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Impulse Marketing Group, Inc., Jeffrey Goldstein, Kenneth Adamson, Gregory Greenstein, Steve Wadley and John Does I-X,<br><br>Defendants. | Case No.: CV-04-5125-FVS<br><br>GOLDSTEIN DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT UNDER FED. R. CIV. P. 12 (b)(2) & (6) OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT UNDER FED. R. CIV. P. 12(e) |

I, Jeffrey Goldstein, hereby declare, under penalty of perjury, as follows:

1. I am a defendant in the above-entitled action.

2. I am a citizen of the United States and am over the age of eighteen. I have personal knowledge of the facts set forth in this declaration.

3. I am a resident of the State of Georgia. I am not now, nor have I ever been, a resident of the State of Washington.

4. I do not personally conduct business in the State of Washington, and I have never visited the State of Washington.

GOLDSTEIN DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS - 1
00083989;1

JACKSON & WALLACE LLP
1201 THIRD AVENUE, SUITE 3080
SEATTLE, WASHINGTON 99336

1   5.   I do not own property in the State of Washington, nor do I have any
2  business or personal bank accounts within the State of Washington.
3   6.   I have not personally sent email messages to Emily Abbey ("Abbey") or
4  to domains residing on the Omni server, and no email messages were sent to Abbey
5  or to domains residing on the Omni server on my behalf.
6   I declare, under penalty of perjury under the laws of the United States, that the
7  foregoing is true and correct.
8  DATED this 3rd day of May, 2007.

_____
Jeffrey Goldstein

GOLDSTEIN DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS - 2
00083989;1

JACKSON & WALLACE LLP
1201 THIRD AVENUE, SUITE 3080
SEATTLE, WASHINGTON 99336