UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC., a Washington Limited Liability company; EMILY ABBEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada/Georgia corporation; JEFFREY GOLDSTEIN, individually and as part of his marital community; KENNETH ADAMSON, individually and as part of his marital community; GREGORY GREENSTEIN, individually and as part of his marital community; STEVE WADLEY, individually and as part of his marital community; JOHN DOES, I-X,<br><br>Defendants. | No. CV6 1469 P<br><br>APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE<br><br>06-CV-01469-ORD |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District, Stacy K. Wolery, Esq. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of Defendants Impulse Marketing Group, Inc. ("Impulse") and Jeffrey Goldstein ("Goldstein").

The particular need for my appearance and participation is legal participation.

APPLICATION FOR LEAVE TO
APPEAR PRO HAC VICE - 1

C:\NrPortbl\iManage\DDK\1357579

JACKSON & WALLACE LLP
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214

ORIGINAL

1

2       I, Stacy K. Wolery, understand that I am charged with knowing and complying with all

3   applicable local rules;

4       I have not been disbarred or formally censured by a court of record or by a state bar

5   association; and there are no pending disciplinary proceedings against me.

6       I declare under penalty of perjury that the forgoing is true and correct.

7

8

9   _____      5/21/07
    Signature of Applicant                                     Date

10

11  Stacy K. Wolery, Esq.
    Klein Zelman Rothermel LLP
12  485 Madison Avenue, 15th Floor
    New York, New York 10022
13  (212) 935-6020, ext. 207

14  ### STATEMENT OF LOCAL COUNSEL

15      I am authorized, and will be prepared, to handle this matter, including trial, in the event

16  the applicant is unable to be present upon a date assigned by the Court.

17      DATED this **30** day of May, 2007.

18

19

20  _____
    Signature of Local Counsel

21

22  Matthew R. Wojcik, WSBA #27918
    Jackson & Wallace, LLP
23  The Washington Mutual Tower
    1201 Third Avenue, Suite 3080
24  Seattle, WA 98101
    (206) 386-0214

25

26  APPLICATION FOR LEAVE TO
    APPEAR PRO HAC VICE - 2

C:\NrPortbl\iManage\DDK\1357579

1
2                                    ORDER

3         IT IS ORDERED that the application to appear and participate in this action is hereby
4  approved.

5         DATED this 4 day of _____, 2007.

6                                            BRUCE RIFKIN, Clerk
                                             UNITED STATES DISTRICT COURT
7

8

9                                            By _____

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26  APPLICATION FOR LEAVE TO                                   JACKSON & WALLACE LLP
    APPEAR PRO HAC VICE - 3                                   1201 Third Avenue, Suite 3080
                                                              Seattle, WA  98101
    C:\NrPortbl\iManage\DDK\1357579                           (206) 386-0214