06-CV-01469-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC., a Washington Limited Liability company; EMILY ABBEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada/Georgia corporation; JEFFREY GOLDSTEIN, individually and as part of his marital community; KENNETH ADAMSON, individually and as part of his marital community; GREGORY GREENSTEIN, individually and as part of his marital community; STEVE WADLEY, individually and as part of his marital community; JOHN DOES I-X,<br><br>Defendants. | No. CV6 1469 P<br><br>APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District, Sean Moynihan, Esq. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of Defendants Impulse Marketing Group, Inc. ("Impulse") and Jeffrey Goldstein ("Goldstein").

The particular need for my appearance and participation is legal participation.

APPLICATION FOR LEAVE TO
APPEAR PRO HAC VICE - 1

C:\NrPortbl\iManage\DDK\1357578

JACKSON & WALLACE LLP
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214

I, Sean Moynihan, understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are no pending disciplinary proceedings against me.

I declare under penalty of perjury that the forgoing is true and correct.

_____      5-21-07
Signature of Applicant                Date

Sean Moynihan, Esq.
Klein Zelman Rothermel LLP
485 Madison Avenue, 15th Floor
New York, New York 10022
(212) 935-6020, ext. 207

## STATEMENT OF LOCAL COUNSEL

I am authorized, and will be prepared, to handle this matter, including trial, in the event the applicant is unable to be present upon a date assigned by the Court.

DATED this 7 day of ~~May~~ June, 2007.

_____
Signature of Local Counsel

Matthew R. Wojcik, WSBA #27918
Jackson & Wallace, LLP
The Washington Mutual Tower
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214

APPLICATION FOR LEAVE TO
APPEAR PRO HAC VICE - 2

C:\NrPortbl\Manage\DDK\357578

JACKSON & WALLACE LLP
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214

## ORDER

IT IS ORDERED that the application to appear and participate in this action is hereby approved.

DATED this 14 day of June, 2007.

BRUCE RIFKIN, Clerk
UNITED STATES DISTRICT COURT

By _Mary [signature]_

APPLICATION FOR LEAVE TO
APPEAR PRO HAC VICE - 3

C:\NrPortbl\iManage\DDK\1357578

JACKSON & WALLACE LLP
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214