UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OMNI INNOVATIONS, LLC, et al.,

                Plaintiffs,

v.

IMPULSE MARKETING GROUP, INC., et al.,

                Defendants.

NO. C06-1469MJP

MINUTE ORDER

        The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

        The Clerk is directed to REASSIGN this matter to the Honorable John C. Coughenour, United States District Judge.  Future filings in this matter shall bear the case number C06-1469-JCC.

        Date: August 2, 2007.

                                        BRUCE RIFKIN, Clerk

                                        By /s/ Mary Duett____
                                            Deputy Clerk

MINUTE ORDER - 1