Douglas E. McKinley, Jr.
PO Box 202
Richland WA, 99352
(509) 628-0809

i.Justice Law, P.C.
Robert J. Siegel
PO Box 258217
Seattle, WA 98165-1317

THE HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| **OMNI INNOVATIONS, LLC, a Washington Limited Liability company,**<br><br>Plaintiff,<br><br>v.<br><br>**IMPULSE MARKETING GROUP, INC, a Nevada/Georgia corporation; JEFFREY GOLDSTEIN, individually and as part of his marital community; KENNETH ADAMSON, individually and as part of his marital community; GREGORY GREENSTEIN, individually and as part of his marital community; STEVE WADLEY, individually and as part of his marital community; JOHN DOES, I-X,**<br><br>Defendants, | NO. 06-1469<br><br>**MOTION FOR ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL, AND TO FILE DECLARATIONS UNDER SEAL**<br><br>[FILED UNDER SEAL] |

MOTION FOR ORDER GRANTING LEAVE TO WITHDRAW, AND TO FILE DECLARATIONS UNDER SEAL -1

i.Justice Law, PC
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299

Pursuant to GR 2(g), the undersigned attorneys of record for Plaintiff herein, for good cause, move the Court for an order permitting their withdrawal as counsel. The facts supporting the good cause are submitted in the declarations of counsel submitted herewith, and which, subject to the Court's authorization, are filed under seal.

RESPECTFULLY SUBMITTED this 22nd day of August, 2007.

| i.JUSTICE LAW, P.C. | DOUGLAS E. MCKINLEY, JR |
| --- | --- |
| | Attorney at Law |
| /S/ Robert J. Siegel | /S/ Douglas E. McKinley, Jr. |
| Robert J. Siegel, WSBA #17312 | Douglas E. McKinley, Jr., WSBA#20806 |
| Attorney for Plaintiffs | Attorney for Plaintiffs |

### Certificate of Service

I, hereby, certify that on August 22, 2007, I filed the subjoined pleading with this Court via approved ECMF electronic filing, that electronically serves the following:
Attorneys for Defendants: Matthew Wojick

I also certify that that on August 22, 2007, I served the subjoined pleading upon plaintiff James S. Gordon, Jr. electronically by email, and by regular US mail, postage prepaid.

/s/ Robert J. Siegel
Robert J. Siegel

MOTION FOR ORDER GRANTING LEAVE TO WITHDRAW, AND TO FILE DECLARATIONS UNDER SEAL -2

i.Justice Law, PC
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299