Douglas E. McKinley, Jr.
PO Box 202
Richland WA, 99352
(509) 628-0809

i.Justice Law, P.C.
Robert J. Siegel
PO Box 258217
Seattle, WA 98165-1317

THE HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| **OMNI INNOVATIONS, LLC, a Washington Limited Liability company,**<br><br>      **Plaintiff,**<br><br>  v.<br><br>**IMPULSE MARKETING GROUP, INC, a Nevada/Georgia corporation; JEFFREY GOLDSTEIN, individually and as part of his marital community; KENNETH ADAMSON, individually and as part of his marital community; GREGORY GREENSTEIN, individually and as part of his marital community; STEVE WADLEY, individually and as part of his marital community; JOHN DOES, I-X,**<br><br>      **Defendants,** | **NO. 06-1469**<br><br>**MOTION FOR A STAY**<br><br>**NOTE FOR HEARING:**<br>**SEPT. 14, 2007** |

Plaintiff, by and through undersigned counsel, hereby moves the Court for an order staying this litigation pending Plaintiffs' appeal to the US Circuit Court of Appeals For the Ninth Circuit in *Gordon v Virtumundo, et al.*, CV06-0204.

Plaintiffs have filed an appeal to the US Court of Appeals for the Ninth Circuit in

MOTION FOR A STAY -1

i.Justice Law, PC
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299

*Virtumundo.* Although some of the factual issues in the present case differ from those in *Virtumundo,* the fundamental issue of Plaintiffs' standing is common, and critical to both cases.

Additionally, Plaintiff's counsel has filed a motion to withdraw, and a stay would serve to protect Plaintiff's rights pending the *Virtumundo* appeal, and provide Plaintiff adequate time within which to secure substitute counsel.

Accordingly, there is good cause to stay this litigation to preserve judicial economy as well as the resources of the parties hereto.

**RESPECTFULLY SUBMITTED** this 27th day of August, 2007.

| | |
|---|---|
| DOUGLAS E. MCKINLEY, JR<br>Attorney at Law | i.Justice Law, P.C. |
| /S/ Douglas E. McKinley, Jr.<br>Douglas E. McKinley, Jr., WSBA #20806<br>Attorney for Plaintiffs | /S/ Robert J. Siegel<br>Robert J. Siegel, WSBA #17312<br>Attorney for Plaintiffs |

MOTION FOR A STAY  -2

**Certificate of Service**

I, hereby, certify that on August 27, 2007, I filed the attached pleading with this Court via approved electronic filing, which will serve all counsel for defendants.

**i.Justice Law, PC**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
/s/ Robert J. Siegel
Attorneys for Plaintiffs.

MOTION FOR A STAY -3

**i.Justice Law, PC**
**PO Box 25817**
**Seattle, WA 98165-1317**
**Phone/Fax: 888-839-3299**