Douglas E. McKinley, Jr.
PO Box 202
Richland WA, 99352
(509) 628-0809

i.Justice Law, P.C.
Robert J. Siegel
PO Box 258217
Seattle, WA 98165-1317

THE HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington Limited Liability company,<br><br>Plaintiff,<br><br>v.<br><br>IMPULSE MARKETING GROUP, INC, a Nevada/Georgia corporation; JEFFREY GOLDSTEIN, individually and as part of his marital community; KENNETH ADAMSON, individually and as part of his marital community; GREGORY GREENSTEIN, individually and as part of his marital community; STEVE WADLEY, individually and as part of his marital community; JOHN DOES, I-X,<br><br>Defendants, | NO. 06-1469<br><br>[PROPOSED]<br>**ORDER STAYING LITIGATION** |

THE COURT, having considered Plaintiff's Motion For A Stay, and all responsive pleadings filed thereto, and having been otherwise fully apprised, it is **HEREBY ORDERED**

That Plaintiff's Motion is granted, and this case is STAYED pending the decision of the Ninth Circuit Court of Appeals in *Gordon v Virtumundo, et al.*, CV06-0204. Following a

MOTION FOR A STAY  -1

**i.Justice Law, PC**
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299

decision from the Court of Appeals in *Virtumundo,* any party hereto may move the Court to lift the stay in due course.

_____
THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Seattle, WA
September __, 2007

**RESPECTFULLY SUBMITTED** this 27th day of August, 2007.

| | |
|---|---|
| DOUGLAS E. MCKINLEY, JR<br>Attorney at Law | i.Justice Law, P.C. |
| /S/ Douglas E. McKinley, Jr.<br>Douglas E. McKinley, Jr., WSBA #20806<br>Attorney for Plaintiffs | /S/ Robert J. Siegel<br>Robert J. Siegel, WSBA #17312<br>Attorney for Plaintiffs |

MOTION FOR A STAY  -2