The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC., a Washington Limited Liability company; EMILY ABBEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada/Georgia corporation; JEFFREY GOLDSTEIN, individually and as part of his marital community; KENNETH ADAMSON, individually and as part of his marital community; GREGORY GREENSTEIN, individually and as part of his marital community; STEVE WADLEY, individually and as part of his marital community; JOHN DOES, I-X,<br><br>Defendants. | NO. C06-1469-JCC<br><br>[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR a STAY<br><br>Noted for Consideration: September 14, 2007 |

THIS MATTER comes before the Court on Plaintiffs' Motion for a Stay and the Court having considered the files and records herein and being fully advised, now, therefore,

it is hereby ORDERED that:

Plaintiffs' Motion for a Stay is DENIED.

DATED this ____ day of _____, 2007.

_____
Hon. John C. Coughenour
United States District Court Judge

PROPOSED ORDER DENYING PLAINTIFF'S
MOTION FOR A STAY - 1
C:\NrPortbl\iManage\HRG\412117

JACKSON & WALLACE LLP
Washington Mutual Tower
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214

Presented by:

JACKSON & WALLACE LLP


/s/ Matthew R. Wojcik
Matthew R. Wojcik, WSBA No.27918
JACKSON & WALLACE LLP
1201 Third Avenue, Suite 3080
Seattle, WA 98101
Telephone: (206) 386-0214
Fax: (206) 386-0216
Email: mwojcik@jacksonwallace.com
Attorneys for Defendants IMG, Goldstein and Adamson

KLEIN ZELMAN ROTHERMEL LLP


/s/ Stacy K. Worley, Esq.
Stacy K. Wolery, Esq
Klein Zelman Rothermel LLP
485 Madison Avenue, 15th Floor
New York, New York 10022
(212) 935-6020 ext. 207
(212) 753-8101 Fax
*Admitted Pro Hac Vice*
Attorneys for Defendants IMG, Goldstein and Adamson

PROPOSED ORDER DENYING PLAINTIFF'S
MOTION FOR A STAY - 2
C:\NrPortbl\iManage\HRG1412117

JACKSON & WALLACE LLP
Washington Mutual Tower
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214

## CERTIFICATE OF SERVICE

I hereby certify that on the date noted below I electronically filed the document entitled [Proposed] Order Denying Plaintiffs' Motion for a Stay in accordance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

| | |
|---|---|
| Robert J. Siegel, WSBA #17312<br>i.Justice Law P.C.<br>1325 Fourth Avenue, Suite 940<br>Seattle, WA 98101<br>Bob@iJusticelaw.com | Douglas E McKinley<br>LAW OFFICE OF DOUGLAS E MCKINLEY JR<br>PO BOX 202<br>RICHLAND, WA 99352<br>doug@mckinleylaw.com |

DATED this 10th day of September, 2007.

JACKSON & WALLACE LLP

/s/ Matthew R. Wojcik
Matthew R. Wojcik, WSBA No.27918
JACKSON & WALLACE LLP
1201 Third Avenue
Seattle, WA 98101
Telephone: (206) 386-0214
Fax: (206) 386-0216
Email: mwojcik@jacksonwallace.com
Attorneys for Defendants IMG, Goldstein and Adamson

PROPOSED ORDER DENYING PLAINTIFF'S
MOTION FOR A STAY - 3
C:\NrPortbl\iManage\HRG1412117

JACKSON & WALLACE LLP
Washington Mutual Tower
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214