1                                        THE HONORABLE JOHN C. COUGHENOUR

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

8   OMNI INNOVATIONS, LLC., a Washington
    Limited Liability company; EMILY ABBEY,
9   an individual,                              NO.  C06-1469-JCC

10                Plaintiffs,                    DECLARATION OF STACY K.
                                                 WOLERY IN OPPOSITION TO
11          v.                                   PLAINTIFFS' MOTION FOR A STAY

12  IMPULSE MARKETING GROUP, INC., a
    Nevada/Georgia corporation; JEFFREY
13  GOLDSTEIN, individually and as part of his
    marital community; KENNETH ADAMSON,
    individually and as part of his marital
14  community; GREGORY GREENSTEIN,
    individually and as part of his marital
15  community; STEVE WADLEY, individually
    and as part of his marital community; JOHN
16  DOES, I-X,

17                Defendants.

18          STACY K. WOLERY, an attorney and counselor at law duly licensed in the State of New

19  York and admitted *pro hac vice* in this action, declares:

20          1.      I am an associate with the law firm of Klein Zelman Rothermel LLP, counsel for

21  Defendants Impulse Marketing Group, Inc. ("Impulse") and Jeffrey Goldstein ("Goldstein")

22  (collectively, "Defendants") in the above-captioned action.  I submit this declaration in opposition

23  to Plaintiffs' Motion for a Stay.  Except as to matters alleged below as being upon information

24  and belief, I am fully and personally familiar with the facts and circumstances set forth herein.

25

26  DECLARATION OF STACY K. WORLEY IN           JACKSON & WALLACE LLP
    OPPOSITION TO PLAINTIFFS' MOTION FOR A       Washington Mutual Tower
    STAY - 1                                     1201 Third Avenue, Suite 3080
    C:\NrPortbl\iManage\HRG1412212                  Seattle, WA  98101
                                                     (206) 386-0214

Dockets.Justia.com

2.    This action was commenced by Plaintiffs on or about October 10, 2006.

3.    Plaintiffs served Impulse and Goldstein on or about February 5, 2007 but failed to serve the remaining named defendants within the 120-day deadline prescribed by Fed. R. Civ. P. 4(m).

4.    On or about March 1, 2007, the Court issued an Order to Show Cause why the matter should not be dismissed as to the remaining named defendants.

5.    On or about April 11, 2007, the Court issued an order dismissing the remaining defendants from the action.

6.    On or about May 4, 2007, Defendants filed a motion to dismiss or, in the alternative, for a more definite statement.

7.    On or about May 14, 2007, Plaintiffs filed their purported initial disclosures pursuant to Fed. R. Civ. P. 26.  Such disclosures failed to include the referenced CD containing copies of allegedly offending emails.  To date, nearly four (4) months later and after numerous inquiries, Defendants have yet to receive such CD.

8.    On or about July 18, 2007, the Court granted in part Defendants' motion to dismiss, and ordered Plaintiffs to file an amended complaint within thirty (30) days of the date of such order.  Plaintiffs' amended complaint was due on or about August 17, 2007.  To date, nearly one (1) month after such pleading was due, Plaintiffs have failed to file an amended complaint as ordered.

9.    On or about August 22, 2007, several days after Plaintiffs' amended complaint was due, Plaintiffs' counsel moved to withdraw as counsel.

10.    Several days later, on or about August 27, 2007, Plaintiffs filed a motion for a stay.

DECLARATION OF STACY K. WORLEY IN
OPPOSITION TO PLAINTIFFS' MOTION FOR A
STAY - 2
C:\NrPortbl\iManage\HRG1412212

JACKSON & WALLACE LLP
Washington Mutual Tower
1201 Third Avenue, Suite 3080
Seattle, WA  98101
(206) 386-0214

11.     As a result of Plaintiffs' pattern of misconduct, Defendants' have been forced to expend substantial sums on their legal defense.

DATED this 10th day of September, 2007.


/s/ Stacy K. Wolery, Esq.
Stacy K. Wolery, Esq

DECLARATION OF STACY K. WORLEY IN
OPPOSITION TO PLAINTIFFS' MOTION FOR A
STAY - 3
C:\NrPortbl\iManage\HRG1412212

JACKSON & WALLACE LLP
Washington Mutual Tower
1201 Third Avenue, Suite 3080
Seattle, WA  98101
(206) 386-0214

1

2

## CERTIFICATE OF SERVICE

3      I hereby certify that on the date noted below I electronically filed the document entitled

4   Declaration of Stacy K. Wolery in Opposition to Plaintiffs' Motion for A Stay in accordance with

5   the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

6   following persons:

7   Robert J. Siegel, WSBA #17312          Douglas E McKinley
    i.Justice Law P.C.                     LAW OFFICE OF DOUGLAS E MCKINLEY JR
    1325 Fourth Avenue, Suite 940          PO BOX 202
8   Seattle, WA  98101                     RICHLAND, WA 99352
    Bob@iJusticelaw.com                    doug@mckinleylaw.com
9

        DATED this 10th day of September, 2007.

10
                                        JACKSON & WALLACE LLP
11

12
                                        /s/ Matthew R. Wojcik
13                                      Matthew R. Wojcik, WSBA No.27918
                                        JACKSON & WALLACE LLP
14                                      1201 Third Avenue
                                        Seattle, WA 98101
15                                      Telephone:  (206) 386-0214
                                        Fax:  (206) 386-0216
16                                      Email:  mwojcik@jacksonwallace.com
                                        Attorneys for Defendants IMG, Goldstein and
                                        Adamson
17

18

19

20

21

22

23

24

25

26  DECLARATION OF STACY K. WORLEY IN                    **JACKSON & WALLACE LLP**
    OPPOSITION TO PLAINTIFFS' MOTION FOR A               Washington Mutual Tower
    STAY - 4                                             1201 Third Avenue, Suite 3080
    C:\NrPortbl\iManage\HRG1412212                       Seattle, WA  98101
                                                         (206) 386-0214