UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OMNI INNOVATIONS, LLC, a Washington Limited Liability company, and EMILY ABBEY, an individual,

Plaintiffs,

v.

IMPULSE MARKETING GROUP INC., a Nevada/Georgia corporation, JEFFERY GOLDSTEIN, individually and as part of his marital community, and JOHN DOES, I–X,

Defendants.

CASE NO. C06-1469

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' attorneys' Motion for Leave to Withdraw as Counsel and to File Declarations Under Seal (Dkt. No. 23), sealed declarations of Plaintiffs' counsel, Robert J. Siegel and Douglas E. McKinley, Jr. (Dkt. Nos. 24 & 25), James S. Gordon, Jr.'s sealed Opposition to the motion to withdraw (Dkt. No. 26), and Plaintiffs' counsel's Reply (Dkt. No. 28).

Having fully considered the papers submitted and the arguments made by Mr. Gordon and counsel, the Court hereby GRANTS, in full, Plaintiffs' attorneys' Motion to Withdraw. Mr. Siegel and

ORDER – 1

Mr. McKinley are hereby permitted to withdraw as counsel for Plaintiffs in this matter. Such withdrawal is effective as of Thursday, October 11, 2007. Mr. Siegel and Mr. McKinley are hereby DIRECTED to turn over Plaintiffs' documents and files to Plaintiffs or to the counsel of their choice and facilitate the transition of the case to new counsel as required by the Rules of Professional Conduct. Furthermore, the declarations of Mr. Siegel (Dkt. No. 24), Mr. McKinley (Dkt. No. 25), and Mr. Gordon (Dkt. No. 26) will remain SEALED.

Omni Innovations LLC is advised that, as a business entity, it must be represented by a licensed attorney. *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in federal court only through licensed counsel."); *accord United States v. Unimex*, 991 F.2d 546, 549 (9th Cir. 1993) ("Counsel is essential for a corporation at trial because it cannot appear pro se."). Therefore, said Plaintiff must be represented by an attorney and cannot proceed without such representation.

DATED this 11th day of September, 2007.

BRUCE RIFKIN, Clerk of Court

By  */s/ C. Ledesma*

Deputy Clerk

ORDER – 2