Douglas E. McKinley, Jr.
PO Box 202
Richland WA, 99352
(509) 628-0809

THE HON. JOHN C. COUGHENOUR

i.Justice Law, P.C.
Robert J. Siegel
PO Box 258217
Seattle, WA 98165-1317

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| **OMNI INNOVATIONS, LLC, a Washington Limited Liability company,**<br><br>                **Plaintiff,**<br><br>    v.<br><br>**IMPULSE MARKETING GROUP, INC, a Nevada/Georgia corporation; JEFFREY GOLDSTEIN, individually and as part of his marital community; KENNETH ADAMSON, individually and as part of his marital community; GREGORY GREENSTEIN, individually and as part of his marital community; STEVE WADLEY, individually and as part of his marital community; JOHN DOES, I-X,**<br><br>                **Defendants,** | NO. 06-1469<br><br>**STIPULATED NOTICE OF DISMISSAL OF PLAINTIFF EMILY ABBEY** |

STIPULATED DISMISSAL OF EMILY ABBEY -1

**i.Justice Law, PC**
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299

## STIPULATION

The parties hereto, by and through undersigned counsel, pursuant to FRCP 41(a)(1) stipulate to the dismissal of plaintiff Emily Abbey, with prejudice, and without an award of fees and costs.

| | |
|---|---|
| **i.Justice Law, P.C.** | **DOUGLAS E. MCKINLEY, JR**<br>**Attorney at Law** |
| /S/ Robert J. Siegel<br>Robert J. Siegel, WSBA #17312<br>Attorney for Plaintiffs | /S/ Douglas E. McKinley, Jr.<br>Douglas E. McKinley, Jr., WSBA #20806<br>Attorney for Plaintiffs |
| **Jackson & Wallace, LLP** | |
| /s/ Matthew Wojcik<br>Matthew Wojcik, WSBA #27918<br>Attorneys for Defendants | |

**RESPECTFULLY SUBMITTED**, this 12th day of September, 2007.

| | |
|---|---|
| i.Justice Law, P.C. | DOUGLAS E. MCKINLEY, JR<br>Attorney at Law |
| /S/ Robert J. Siegel<br>Robert J. Siegel, WSBA #17312<br>Attorney for Plaintiffs | /S/ Douglas E. McKinley, Jr.<br>Douglas E. McKinley, Jr.,<br>WSBA #20806<br>Attorney for Plaintiffs |

STIPULATED DISMISSAL OF EMILY ABBEY -2

**Certificate of Service**

1  
2  I, hereby, certify that on the 12th day of September, 2007, I filed the subjoined pleading with this Court via approved ECMF electronic filing, that electronically serves all attorneys of record for Defendants.
3  
4  /s/ Robert J. Siegel_____
   Robert J. Siegel
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  STIPULATED DISMISSAL OF EMILY ABBEY -3             i.Justice Law, PC
                                                      PO Box 25817
                                                      Seattle, WA 98165-1317
                                                      Phone/Fax: 888-839-3299