The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC., a Washington Limited Liability company; EMILY ABBEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada/Georgia corporation; JEFFREY GOLDSTEIN, individually and as part of his marital community; KENNETH ADAMSON, individually and as part of his marital community; GREGORY GREENSTEIN, individually and as part of his marital community; STEVE WADLEY, individually and as part of his marital community; JOHN DOES, I-X,<br><br>Defendants. | NO. C06-1469-JCC<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>Noted for Consideration: October 5, 2007 |

THIS MATTER came before the Court on Defendants' Motion to Dismiss for Failure to Comply with Court Order. Having considered all written submissions, and the pleadings and files herein,

It is hereby ORDERED that:

1. The Motion to Dismiss is GRANTED.

2. The Clerk will enter a judgment dismissing this action with prejudice and awarding Defendants their costs and reasonable attorney's fees incurred in bringing this motion.

[PROPOSED ORDER] GRANTING DEFENDANTS'
MOTION TO DISMISS - 1
C:\NrPortbl\iManage\HRG1412588

JACKSON & WALLACE LLP
Washington Mutual Tower
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214

DATED this ____ day of _____, 2007.

_____
Hon. John C. Coughenour
United States District Court Judge

Presented by:

JACKSON & WALLACE LLP


/s/ Matthew R. Wojcik
_____
Matthew R. Wojcik, WSBA No.27918
JACKSON & WALLACE LLP
1201 Third Avenue, Suite 3080
Seattle, WA 98101
Telephone: (206) 386-0214
Fax: (206) 386-0216
Email: mwojcik@jacksonwallace.com
Attorneys for Defendants Impulse and Goldstein

KLEIN ZELMAN ROTHERMEL LLP


/s/ Stacy K. Worley, Esq.
_____
Stacy K. Wolery, Esq
Klein Zelman Rothermel LLP
485 Madison Avenue, 15th Floor
New York, New York 10022
(212) 935-6020 ext. 207
(212) 753-8101 Fax
*Admitted Pro Hac Vice*
Attorneys for Defendants Impulse and Goldstein

[PROPOSED ORDER] GRANTING DEFENDANTS'
MOTION TO DISMISS - 2
C:\NrPortbl\iManage\HRG1412588

**JACKSON & WALLACE LLP**
Washington Mutual Tower
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214

## CERTIFICATE OF SERVICE

I hereby certify that on the date noted below I electronically filed the document entitled [Proposed] Order Granting Defendants' Motion to Dismiss for Failure to Comply with Court Order in accordance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Robert J. Siegel, WSBA #17312
i.Justice Law P.C.
1325 Fourth Avenue, Suite 940
Seattle, WA 98101
Bob@iJusticelaw.com

Douglas E McKinley
LAW OFFICE OF DOUGLAS E MCKINLEY JR
PO BOX 202
RICHLAND, WA 99352
doug@mckinleylaw.com

DATED this 13th day of September, 2007.

JACKSON & WALLACE LLP


/s/ Matthew R. Wojcik
Matthew R. Wojcik, WSBA No.27918
JACKSON & WALLACE LLP
1201 Third Avenue
Seattle, WA 98101
Telephone: (206) 386-0214
Fax: (206) 386-0216
Email: mwojcik@jacksonwallace.com
Attorneys for Defendants Impulse and Goldstein

---

[PROPOSED ORDER] GRANTING DEFENDANTS'
MOTION TO DISMISS - 3
C:\NrPortbl\iManage\HRG1412588

**JACKSON & WALLACE LLP**
Washington Mutual Tower
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214