THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC., a Washington Limited Liability company; EMILY ABBEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada/Georgia corporation; JEFFREY GOLDSTEIN, individually and as part of his marital community; KENNETH ADAMSON, individually and as part of his marital community; GREGORY GREENSTEIN, individually and as part of his marital community; STEVE WADLEY, individually and as part of his marital community; JOHN DOES, I-X,<br><br>Defendants. | NO. C06-1469-JCC<br><br>DECLARATION OF STACY K. WOLERY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>Noted for Consideration: October 5, 2007 |

STACY K. WOLERY, an attorney and counselor at law duly licensed in the State of New York and admitted *pro hac vice* in this action, declares:

1.  I am an associate with the law firm of Klein Zelman Rothermel LLP, counsel for Defendants Impulse Marketing Group, Inc. ("Impulse") and Jeffrey Goldstein ("Goldstein") (collectively, "Defendants") in the above-captioned action. I submit this declaration in support of Defendants' Motion to Dismiss For Failure to Comply with Court Order. Except as to matters

---

DECLARATION OF STACY K. WOLERY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS - 1
C:\NrPortbl\iManage\HRG14125741

JACKSON & WALLACE LLP
Washington Mutual Tower
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214

alleged below as being upon information and belief, I am fully and personally familiar with the facts and circumstances set forth herein.

2. This action was commenced by Plaintiffs on or about October 10, 2006.

3. Plaintiffs served Impulse and Goldstein on or about February 5, 2007 but failed to serve the remaining named defendants within the 120-day deadline prescribed by Fed. R. Civ. P. 4(m).

4. On or about March 1, 2007, the Court issued an Order to Show Cause why the matter should not be dismissed as to the remaining named defendants.

5. On or about April 11, 2007, the Court issued an order dismissing the remaining defendants from the action.

6. On or about May 4, 2007, Defendants filed a motion to dismiss or, in the alternative, for a more definite statement.

7. On or about May 14, 2007, Plaintiffs filed their purported initial disclosures pursuant to Fed. R. Civ. P. 26. Such disclosures failed to include the referenced CD containing copies of allegedly offending emails. To date, nearly four (4) months later and after numerous inquiries, Defendants have yet to receive such CD.

8. On or about July 18, 2007, the Court granted in part Defendants' motion to dismiss, and ordered Plaintiffs to file an amended complaint within thirty (30) days of the date of such order. Plaintiffs' amended complaint was due on or about August 17, 2007. To date, nearly one (1) month <u>after</u> such pleading was due, Plaintiffs have failed to file an amended complaint as ordered.

9. On or about August 22, 2007, several days <u>after</u> Plaintiffs' amended complaint was due, Plaintiffs' counsel moved to withdraw as counsel.

DECLARATION OF STACY K. WOLERY IN SUPPORT
OF DEFENDANTS' MOTION TO DISMISS - 2
C:\NrPortbl\iManage\HRG1412574

JACKSON & WALLACE LLP
Washington Mutual Tower
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214

10. Several days later, on or about August 27, 2007, Plaintiffs filed a motion for a stay.

11. As a result of Plaintiffs' pattern of misconduct, Defendants' have been forced to expend substantial sums on their legal defense.

DATED this 13th day of September, 2007.

/s/ Stacy K. Wolery, Esq.
Stacy K. Wolery, Esq

DECLARATION OF STACY K. WOLERY IN SUPPORT
OF DEFENDANTS' MOTION TO DISMISS - 3
C:\NrPortbl\iManage\HRG1412574

JACKSON & WALLACE LLP
Washington Mutual Tower
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214

# CERTIFICATE OF SERVICE

I hereby certify that on the date noted below I electronically filed the document entitled Declaration of Stacy K. Wolery in Support of Defendants' Motion to Dismiss in accordance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

| | |
|---|---|
| Robert J. Siegel, WSBA #17312<br>i.Justice Law P.C.<br>1325 Fourth Avenue, Suite 940<br>Seattle, WA 98101<br>Bob@iJusticelaw.com | Douglas E McKinley<br>LAW OFFICE OF DOUGLAS E MCKINLEY JR<br>PO BOX 202<br>RICHLAND, WA 99352<br>doug@mckinleylaw.com |

DATED this 13th day of September, 2007.

JACKSON & WALLACE LLP

/s/ Matthew R. Wojcik
Matthew R. Wojcik, WSBA No.27918
JACKSON & WALLACE LLP
1201 Third Avenue
Seattle, WA 98101
Telephone: (206) 386-0214
Fax: (206) 386-0216
Email: mwojcik@jacksonwallace.com
Attorneys for Defendants Impulse and Goldstein

DECLARATION OF STACY K. WOLERY IN SUPPORT
OF DEFENDANTS' MOTION TO DISMISS - 4
C:\NrPortbl\iManage\HRG1412574

JACKSON & WALLACE LLP
Washington Mutual Tower
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214