i.Justice Law, PC
PO Box 25817
Seattle, WA 98165-1317
888-839-3299

THE HON. JOHN C COUGHENOUR

FILED
LODGED
ENTERED
RECEIVED

OCT 01 2007    LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

OMNI INNOVATIONS, LLC, a Washington Limited Liability company; EMILY ABBEY, an individual,

　　　　Plaintiffs,

v.

IMPULSE MARKETING GROUP, INC, a Nevada/Georgia corporation; JEFFREY GOLDSTEIN, individually and as part of his marital community; KENNETH ADAMSON, individually and as part of his marital community; JOHN DOES, I-X,

　　　　Defendants,

NO. 06-1469

STATEMENT OF FILING OF PHYSICAL EXHIBIT AS EXHIBIT "A" TO PLAINTIFF'S SECOND AMENDED COMPLAINT

06-CV-01469-STMT

　　　Plaintiffs Omni Innovations, LLC., by and through its undersigned counsel, in response to this Court's Order to file an amended complaint with a more definite statement, will file with this Court, and serve upon Defendants' counsel a CD referenced in the Second Amended Complaint as Exhibit "A" containing copies of the subject emails at issue in this lawsuit, containing the referenced information therein.

STATEMENT OF FILING OF PHYSICAL EXHIBIT AS EXHIBIT "A" TO PLAINTIFF'S SECOND AMENDED COMPLAINT -1

I.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717

| | |
|---|---|
| 1 | |
| 2 | RESPECTFULLY submitted this 25th day of September, 2007. |
| 3 | i.Justice Law, PC |
| 4 | /s/ Robert J. Siegel |
| 5 | By: Robert J. Siegel, WSBA #17312<br>i.Justice Law, PC |
| 6 | PO Box 25817<br>Seattle, WA 98165-1317 |

STATEMENT OF FILING OF PHYSICAL EXHIBIT AS EXHIBIT "A" TO PLAINTIFF'S SECOND AMENDED COMPLAINT -2

I.JUSTICE LAW, P.C.
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-304-5400
Fax: 206-624-0717