THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC., a Washington Limited Liability company; EMILY ABBEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>IMPULSE MARKETING GROUP, INC., a Nevada/Georgia corporation; JEFFREY GOLDSTEIN, individually and as part of his marital community; KENNETH ADAMSON, individually and as part of his marital community; GREGORY GREENSTEIN, individually and as part of his marital community; STEVE WADLEY, individually and as part of his marital community; JOHN DOES, I-X,<br><br>Defendants. | NO. C06-1469-JCC<br><br>REPLY IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>Noted for Consideration: October 5, 2007 |

Defendants Impulse Marketing Group, Inc. ("Impulse") and Jeffrey Goldstein ("Goldstein") (collectively "Defendants"), by and through their counsel, Klein Zelman Rothermel, LLP and Jackson & Wallace LLP, hereby submit this Reply in Further Support of Defendants' Motion to Dismiss for Failure to Comply with Court Order.

PRELIMINARY STATEMENT

Plaintiffs allege in their Response to Motion to Dismiss ("Response") that Defendants' motion to dismiss based upon Plaintiffs' failure to comply with a court order to file an amended

REPLY IN FURTHER SUPPORT OF DEFENDANTS'
MOTION TO DISMISS - 1
C:\NrPortbl\iManage\HRG1435292

JACKSON & WALLACE LLP
Washington Mutual Tower
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214

complaint by a specified date and to provide a "more definite statement" within their amended complaint has been rendered "moot" by the late filing of their Second Amended Complaint (the "Amended Complaint"). Beyond Plaintiffs' noncompliance with the timeline of the Court's Order, a review of Plaintiffs' Amended Complaint shows that Plaintiffs have failed to sufficiently correct the very deficiencies that plagued their initial complaint.

The July 18th Order specifically directed the Plaintiffs to file an amended complaint "within thirty days" that: "states for each e-mail allegedly at issue in this case: (1) the e-mail address to which it was sent and (2) the date on which it was sent." Rather than state the specific information they were ordered by the Court to include in their Amended Complaint, Plaintiffs took a nonchalant approach and merely filed a "CD" along with its Amended Complaint that allegedly contains the e-mails that form the basis of their complaint. Plaintiffs claim that their Amended Complaint complies with the Court's Order, despite the fact that it was filed over a month late. For the reasons provided herein, and those provided in Defendants' Motion to Dismiss, Plaintiffs' claim is without merit and this action should be dismissed with prejudice pursuant to this Court's inherent power and Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 41(b).

## INTRODUCTION

As the Court's docket demonstrates, due to no fault of the Defendants, the recent procedural history of this action is somewhat tortuous.[1] The July 18th Order issued by the Court granted in part Defendants' Motion to Dismiss Plaintiffs' Complaint dated May 4, 2007, and ordered Plaintiffs to file an amended complaint within thirty (30) days of the date of the Order. Plaintiffs failed to comply with the deadline for filing set forth in the Order and, on or about

---

[1] For a detailed description of the procedural history of this action, Defendants respectfully refer the Court to the Declaration of Stacy K. Wolery, dated September 13, 2007, submitted in support of Defendants' Motion to Dismiss for Failure to Comply with Court Order.

REPLY IN FURTHER SUPPORT OF DEFENDANTS'
MOTION TO DISMISS - 2
C:\NrPortbl\iManage\HRG1435292

JACKSON & WALLACE LLP
Washington Mutual Tower
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214

August 22, 2007, Plaintiffs' counsel moved to withdraw as counsel before an amended complaint was filed. On or about September 11, 2007, the Court granted counsel's motion to withdraw, effective October 11, 2007. (Moynihan Decl. ¶ 2.) On or about September 25, 2007, weeks after the motion to withdraw had been granted, and over a month after it was due pursuant to Court order, Plaintiffs filed their Amended Complaint. (Moynihan Decl. ¶ 3.) On or about October 1, 2007, Plaintiffs filed their response to Defendants' Motion to Dismiss for Failure to Comply with Court Order ("Motion to Dismiss") alleging that the filing of their Amended Complaint placed them in compliance with the July 18th Order and that, as a result, Defendants' motion was moot. (Moynihan Decl. ¶ 7.)

## ARGUMENT

Plaintiffs' belated attempt to comply with the July 18th Order continues their pattern of deliberately vague and ambiguous pleadings forming the basis of Defendants' Motion to Dismiss. As highlighted above, Plaintiffs were specifically ordered to file an Amended Complaint within thirty (30) days of the July 18th Order and to *state* "for each e-mail allegedly at issue in this case: (1) the email address to which it was sent and (2) the date on which it was sent." This specific Order was intended to provide for a more definite statement under Rule 12(e) in order to "further the economical disposition of the case and to provide Defendants with enough information to frame a responsive pleading." It is respectfully submitted that because of Plaintiffs' continued scattershot approach to litigation, the goal of the Order has not been reached.

Instead of furthering the economic disposition of the case, Plaintiffs' late filing of its Amended Complaint and its choice to include a CD full of numerous electronic files containing thousands of e-mails that are difficult to read as an exhibit, has prolonged the litigation of this action and forced Defendants to expend additional time and money on their legal defense.

REPLY IN FURTHER SUPPORT OF DEFENDANTS'
MOTION TO DISMISS - 3
C:\NrPortbl\iManage\HRG1435292

JACKSON & WALLACE LLP
Washington Mutual Tower
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214

(Moynihan Decl. ¶¶ 5, 9.) Plaintiffs' late and insufficient Amended Complaint is further proof that their strategy in this action is similar to the one employed in *Gordon v. Virtumundo, et. al.*, CV-06-020. Through their actions, Plaintiffs here are providing another example of the "ill-motivated, unreasonable, and frivolous type of law suit that justifies an award of attorneys' fees to Defendants." [2]

Defendants assert that Plaintiffs' Amended Complaint does not sufficiently comply with this Court's specific Order that: (1) set forth the latest date that the Amended Complaint could be filed; and (2) outlined what the Plaintiffs were required to state in their Amended Complaint. For this reason, the law cited in Defendants' Motion to Dismiss remains on point. In fact, Plaintiffs' latest filing, filed late and without leave to do so, provides further evidence that dismissal is proper under the legal authority previously cited by Defendants. *See Estrada v. Cohen*, 244 F.3d 1050, 1060 (9th Cir. 2001) (a party may not "willfully, repeatedly, and persistently disobey court orders" and a district judge may impose the "ultimate sanction" for such conduct); *see also Van Bronkhorst v. Safeco Corp.*, 529 F.2d 637 (9th Cir. 1963) (there is "no question" a district judge has the authority to dismiss an action with prejudice for failure to comply with a court order).

## CONCLUSION

For the foregoing reasons, this action should be dismissed in its entirety pursuant to the Court's inherent power and Fed.R.Civ.P. 41(b). Defendants respectfully request that the Court dismiss this action with prejudice, award Defendants their costs in defending this action, and grant such other and further relief as it deems just and proper.

///

///

---

[2] Pages 8-10 of the August 1, 2007 Order issued in *Virtumundo*, Case No. 06-0204-JCC.

REPLY IN FURTHER SUPPORT OF DEFENDANTS'
MOTION TO DISMISS - 4
C:\NrPortbl\iManage\HRG1435292

JACKSON & WALLACE LLP
Washington Mutual Tower
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214

1     DATED this 5th day of October, 2007.

2                                  JACKSON & WALLACE LLP

3                                  /s/ Matthew R. Wojcik
                                   Matthew R. Wojcik, WSBA No.27918

4                                  JACKSON & WALLACE LLP
                                   1201 Third Avenue, Suite 3080

5                                  Seattle, WA  98101
                                   Telephone:  (206) 386-0214

6                                  Fax:  (206) 386-0216
                                   Email:  mwojcik@jacksonwallace.com

7                                  Attorneys for Defendants Impulse and Goldstein

8                                  KLEIN ZELMAN ROTHERMEL LLP

9                                  /s/ Sean A. Moynihan, Esq.
                                   Sean A. Moynihan, Esq.

10                                Klein Zelman Rothermel LLP
                                  485 Madison Avenue, 15th Floor

11                                New York, New York 10022
                                  (212) 935-6020 ext. 207

12                                (212) 753-8101 Fax
                                  *Admitted Pro Hac Vice*
                                  Attorneys for Defendants Impulse and Goldstein

13

14

15

16

17

18

19

20

21

22

23

24

25

26 REPLY IN FURTHER SUPPORT OF DEFENDANTS'
MOTION TO DISMISS - 5
C:\NrPortbl\iManage\HRG1435292

## CERTIFICATE OF SERVICE

I hereby certify that on the date noted below I electronically filed the document entitled Reply in Further Support of Defendants' Motion to Dismiss for Failure to Comply with Court Order in accordance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

| | |
|---|---|
| Robert J. Siegel, WSBA #17312<br>i.Justice Law P.C.<br>1325 Fourth Avenue, Suite 940<br>Seattle, WA 98101<br>Bob@iJusticelaw.com | Douglas E McKinley<br>LAW OFFICE OF DOUGLAS E MCKINLEY JR<br>PO BOX 202<br>RICHLAND, WA 99352<br>doug@mckinleylaw.com |

DATED this 5th day of October, 2007.

JACKSON & WALLACE LLP

/s/ Matthew R. Wojcik
Matthew R. Wojcik, WSBA No.27918
JACKSON & WALLACE LLP
1201 Third Avenue
Seattle, WA 98101
Telephone: (206) 386-0214
Fax: (206) 386-0216
Email: mwojcik@jacksonwallace.com
Attorneys for Defendants Impulse and Goldstein

REPLY IN FURTHER SUPPORT OF DEFENDANTS'
MOTION TO DISMISS - 6
C:\NrPortbl\iManage\HRG1435292

JACKSON & WALLACE LLP
Washington Mutual Tower
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214