IMG Email Log 1



Dockets.Justia.com



2















