

11

















