IMG Email Log 2

1











6









