

11



12



13



14



15



16



17



18



19



20