

21