IMG Email Log 3



1



2

10