IMG Email Log 4



Dockets.Justia.com





3



4











