

11



12



13



14



15

Case 2:06-cv-01469-JCC    Document 42-4    Filed 10/05/2007    Page 6 of 10



16



17



18



19



20