IMG Email Log 5



1















