IMG Email Log 6



1



2





4





Case 2:06-cv-01469-JCC    Document 43-2    Filed 10/05/2007    Page 7 of 10







9

