

11





13



14



15





17



18



19



20