IMG Email Log 5



1

Case 2:06-cv-01469-JCC    Document 44    Filed 10/05/2007    Page 2 of 9



2



3





5

Case 2:06-cv-01469-JCC    Document 44    Filed 10/05/2007    Page 8 of 9



8

