IMG Email Log 7

| Sender | Recipient | Subject | Date | Size |
|---|---|---|---|---|
| Fast Cash | "jim@rcw19190020.com" | jim@rcw19190020.com: Cash Advance | 9/14/2005 10:46 AM | 1KB |
| Fast Cash | "jon@jaykaysplace.com" | jon@jaykaysplace.com: Cash Advance | 9/14/2005 10:47 AM | 2KB |
| Fast Cash | "jon@jaykaysplace.com" | jon@jaykaysplace.com: Cash Advance | 9/14/2005 10:47 AM | 2KB |
| Fast Cash | "jon@jaykaysplace.com" | jon@jaykaysplace.com: Cash Advance | 9/14/2005 10:47 AM | 2KB |
| Fast Cash | "jon@jaykaysplace.com" | jon@jaykaysplace.com: Cash Advance | 9/14/2005 10:47 AM | 2KB |
| Fast Cash | "jon@jaykaysplace.com" | jon@jaykaysplace.com: Cash Advance | 9/14/2005 10:47 AM | 2KB |
| Fast Cash | "jon@jaykaysplace.com" | jon@jaykaysplace.com: Cash Advance | 9/14/2005 10:47 AM | 2KB |
| Fast Cash | "ant@anthonycentral.com" | ant@anthonycentral.com: Cash Advance | 9/14/2005 10:51 AM | 2KB |
| Fast Cash | "ant@anthonycentral.com" | ant@anthonycentral.com: Cash Advance | 9/14/2005 10:51 AM | 2KB |
| Fast Cash | sandy | sandy: Cash Advance | 9/14/2005 10:53 AM | 2KB |
| Fast Cash | sandy | sandy: Cash Advance | 9/14/2005 10:53 AM | 2KB |
| RewardDept | katie@eahome.com | Get up to a $2500 load limit on your card! | 9/14/2005 12:33 PM | 2KB |
| RewardDept | ant@anthonycentral.com | Get up to a $2500 load limit on your card! | 9/14/2005 5:10 PM | 2KB |
| RewardDept | ant@anthonycentral.com | Get up to a $2500 load limit on your card! | 9/14/2005 5:10 PM | 2KB |
| RewardDept | sandy@anthonycentral.com | Get up to a $2500 load limit on your card! | 9/14/2005 6:07 PM | 2KB |
| RewardDept | sandy@anthonycentral.com | Get up to a $2500 load limit on your card! | 9/14/2005 6:07 PM | 2KB |
| TheHighestCard | celia@celiajay.com | *****SPAM***** Platinum card does great things for you Elai... | 9/14/2005 6:08 PM | 13KB |
| TheHighestCard | celia@celiajay.com | *****SPAM***** Platinum card does great things for you Elai... | 9/14/2005 6:08 PM | 13KB |
| TheHighestCard | celia@celiajay.com | *****SPAM***** Platinum card does great things for you Elai... | 9/14/2005 6:08 PM | 13KB |
| TheHighestCard | celia@celiajay.com | *****SPAM***** Platinum card does great things for you Elai... | 9/14/2005 6:08 PM | 13KB |
| TheHighestCard | celia@celiajay.com | *****SPAM***** Platinum card does great things for you Elai... | 9/14/2005 6:08 PM | 13KB |
| TheHighestCard | celia@celiajay.com | *****SPAM***** Platinum card does great things for you Elai... | 9/14/2005 6:08 PM | 13KB |
| TheHighestCard | celia@celiajay.com | *****SPAM***** Platinum card does great things for you Elai... | 9/14/2005 6:08 PM | 13KB |
| TheHighestCard | celia@celiajay.com | *****SPAM***** Platinum card does great things for you Elai... | 9/14/2005 6:08 PM | 13KB |
| RewardDept | indi@jammtomm.com | Get up to a $2500 load limit on your card! | 9/14/2005 9:25 PM | 2KB |
| RewardDept | indi@jammtomm.com | Get up to a $2500 load limit on your card! | 9/14/2005 9:25 PM | 2KB |
| RewardDept | byron@ehahome.com | Get up to a $2500 load limit on your card! | 9/14/2005 9:50 PM | 2KB |
| RewardDept | byron@ehahome.com | Get up to a $2500 load limit on your card! | 9/14/2005 9:50 PM | 2KB |
| RewardDept | byron@ehahome.com | Get up to a $2500 load limit on your card! | 9/14/2005 9:50 PM | 2KB |
| RewardDept | dewayne@anthonycentral.com | Get up to a $2500 load limit on your card! | 9/14/2005 10:16 PM | 2KB |
| RewardDept | dewayne@anthonycentral.com | Get up to a $2500 load limit on your card! | 9/14/2005 10:16 PM | 2KB |
| RewardDept | tachler@anthonycentral.com | Get up to a $2500 load limit on your card! | 9/14/2005 11:53 PM | 2KB |

Unread: 17313    Total: 17695

| Sender | Recipient | Subject | Date | Size |
|---|---|---|---|---|
| NewCreditLine | jon@jaykaysplace.com | *****SPAM***** jon@jaykaysplace.com: $12500 Unsecured ... | 9/14/2005 7:30 AM | 3KB |
| NewCreditLine | jon@jaykaysplace.com | *****SPAM***** jon@jaykaysplace.com: $12500 Unsecured ... | 9/14/2005 7:30 AM | 3KB |
| NewCreditLine | jon@jaykaysplace.com | *****SPAM***** jon@jaykaysplace.com: $12500 Unsecured ... | 9/14/2005 7:30 AM | 3KB |
| NewCreditLine | laura@jaykaysplace.com | *****SPAM***** laura@jaykaysplace.com: $12500 Unsecure... | 9/14/2005 7:30 AM | 3KB |
| NewCreditLine | laura@jaykaysplace.com | *****SPAM***** laura@jaykaysplace.com: $12500 Unsecure... | 9/14/2005 7:30 AM | 3KB |
| NewCreditLine | laura@jaykaysplace.com | *****SPAM***** laura@jaykaysplace.com: $12500 Unsecure... | 9/14/2005 7:30 AM | 3KB |
| NewCreditLine | laura@jaykaysplace.com | *****SPAM***** laura@jaykaysplace.com: $12500 Unsecure... | 9/14/2005 7:30 AM | 3KB |
| NewCreditLine | laura@jaykaysplace.com | *****SPAM***** laura@jaykaysplace.com: $12500 Unsecure... | 9/14/2005 7:30 AM | 3KB |
| NewCreditLine | laura@jaykaysplace.com | *****SPAM***** laura@jaykaysplace.com: $12500 Unsecure... | 9/14/2005 7:30 AM | 3KB |
| NewCreditLine | laura@jaykaysplace.com | *****SPAM***** laura@jaykaysplace.com: $12500 Unsecure... | 9/14/2005 7:30 AM | 3KB |
| NewCreditLine | jim@rcw19190020.com | jim@rcw19190020.com: $12500 Unsecured Credit line | 9/14/2005 7:30 AM | 2KB |
| Winhundred's Sweepsta... | ant@anthonycentral.com | : Get on the road to a new car. Regardless of credit. | 9/14/2005 7:30 AM | 4KB |
| Winhundred's Sweepsta... | sandy@anthonycentral.com | : Get on the road to a new car. Regardless of credit. | 9/14/2005 7:30 AM | 4KB |
| Winhundred's Sweepsta... | chuck@anthonycentral.com | : Get on the road to a new car. Regardless of credit. | 9/14/2005 7:30 AM | 4KB |
| Winhundred's Sweepsta... | dewayne@anthonycentral.com | : Get on the road to a new car. Regardless of credit. | 9/14/2005 7:30 AM | 4KB |
| Winhundred's Sweepsta... | ant@anthonycentral.com | : Get on the road to a new car. Regardless of credit. | 9/14/2005 7:30 AM | 4KB |
| Winhundred's Sweepsta... | sandy@anthonycentral.com | : Get on the road to a new car. Regardless of credit. | 9/14/2005 7:30 AM | 4KB |
| Winhundred's Sweepsta... | chuck@anthonycentral.com | : Get on the road to a new car. Regardless of credit. | 9/14/2005 7:30 AM | 4KB |
| Winhundred's Sweepsta... | dewayne@anthonycentral.com | : Get on the road to a new car. Regardless of credit. | 9/14/2005 7:30 AM | 4KB |
| SweepsRewards | hum@ehahome.com | $12500 Unsecured Credit line | 9/14/2005 10:14 AM | 4KB |
| SweepsRewards | tj@anthonycentral.com | $12500 Unsecured Credit line | 9/14/2005 10:14 AM | 4KB |
| SweepsRewards | nora@anthonycentral.com | $12500 Unsecured Credit line | 9/14/2005 10:14 AM | 4KB |
| SweepsRewards | sandy@anthonycentral.com | $12500 Unsecured Credit line | 9/14/2005 10:14 AM | 4KB |
| SweepsRewards | tachler@anthonycentral.com | $12500 Unsecured Credit line | 9/14/2005 10:14 AM | 4KB |
| SweepsRewards | dewayne@anthonycentral.com | $12500 Unsecured Credit line | 9/14/2005 10:14 AM | 4KB |
| SweepsRewards | hum@ehahome.com | $12500 Unsecured Credit line | 9/14/2005 10:14 AM | 4KB |
| SweepsRewards | hum@ehahome.com | $12500 Unsecured Credit line | 9/14/2005 10:14 AM | 4KB |
| SweepsRewards | tj@anthonycentral.com | $12500 Unsecured Credit line | 9/14/2005 10:14 AM | 4KB |
| SweepsRewards | nora@anthonycentral.com | $12500 Unsecured Credit line | 9/14/2005 10:14 AM | 4KB |
| SweepsRewards | sandy@anthonycentral.com | $12500 Unsecured Credit line | 9/14/2005 10:14 AM | 4KB |
| SweepsRewards | tachler@anthonycentral.com | $12500 Unsecured Credit line | 9/14/2005 10:14 AM | 4KB |
| SweepsRewards | dewayne@anthonycentral.com | $12500 Unsecured Credit line | 9/14/2005 10:14 AM | 4KB |

Unread: 17313    Total: 17695

1



2





4







7



8





10