

11





13



14



15





17



18





20