IMG Email Log 8



1





3



4





6



7



8



