

11



12



13



14

18

Impulse MG - Thunderbird

File Edit View Go Message Tools Help

Get Mail | Write | Address Book | Reply | Reply All | Forward | Tag | Delete | Junk | Print | Back | Forward | Sender

| Sender | Recipient | Subject | Date | Account | Size |
|---|---|---|---|---|---|
| NewCreditLine | jon@jaykaysplace.com | jon@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | jon@jaykaysplace.com | jon@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | jon@jaykaysplace.com | jon@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | jon@jaykaysplace.com | jon@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | jon@jaykaysplace.com | jon@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | jon@jaykaysplace.com | jon@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | jon@jaykaysplace.com | jon@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | jon@jaykaysplace.com | jon@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | jon@jaykaysplace.com | jon@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | jon@jaykaysplace.com | jon@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | jon@jaykaysplace.com | jon@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | jon@jaykaysplace.com | jon@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | jon@jaykaysplace.com | jon@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | laura@jaykaysplace.com | laura@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | laura@jaykaysplace.com | laura@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | laura@jaykaysplace.com | laura@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | laura@jaykaysplace.com | laura@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | laura@jaykaysplace.com | laura@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | laura@jaykaysplace.com | laura@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | laura@jaykaysplace.com | laura@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | laura@jaykaysplace.com | laura@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | laura@jaykaysplace.com | laura@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | laura@jaykaysplace.com | laura@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | laura@jaykaysplace.com | laura@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | laura@jaykaysplace.com | laura@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | laura@jaykaysplace.com | laura@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | laura@jaykaysplace.com | laura@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | laura@jaykaysplace.com | laura@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | laura@jaykaysplace.com | laura@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | nora@anthonycentral.com | nora@anthonycentral.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | nora@anthonycentral.com | nora@anthonycentral.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | sandy | sandy: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | sandy | sandy: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |

Unread: 17312 Total: 17695

start | Impulse MG Email Log... | Impulse MG - Thunde... | 9:24 AM

Impulse MG - Thunderbird

File Edit View Go Message Tools Help

Get Mail | Write | Address Book | Reply | Reply All | Forward | Tag | Delete | Junk | Print | Back | Forward | Sender

| Sender | Recipient | Subject | Date | Account | Size |
|---|---|---|---|---|---|
| Auto Approvals Depart... | ant@anthonycentral.com | *****SPAM***** Bad Credit? Nonsense! Get a Free Auto Loan... | 9/3/2005 7:04 PM | | 3KB |
| NewCreditLine | ant@anthonycentral.com | ant@anthonycentral.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | ant@anthonycentral.com | ant@anthonycentral.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | ant@anthonycentral.com | ant@anthonycentral.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | ant@anthonycentral.com | ant@anthonycentral.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | Byron | Byron: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | Byron | Byron: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | Byron | Byron: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | Byron | Byron: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | Byron | Byron: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | Byron | Byron: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | Byron | Byron: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | Byron | Byron: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | celia@celiajay.com | celia@celiajay.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | celia@celiajay.com | celia@celiajay.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | celia@celiajay.com | celia@celiajay.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | celia@celiajay.com | celia@celiajay.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | celia@celiajay.com | celia@celiajay.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | celia@celiajay.com | celia@celiajay.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | celia@celiajay.com | celia@celiajay.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | celia@celiajay.com | celia@celiajay.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | dewayne@anthonycentral.com | dewayne@anthonycentral.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | dewayne@anthonycentral.com | dewayne@anthonycentral.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | dewayne@anthonycentral.com | dewayne@anthonycentral.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | dewayne@anthonycentral.com | dewayne@anthonycentral.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | Emily | Emily: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | Emily | Emily: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | Emily | Emily: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | Emily | Emily: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | jim@rcw19190020.com | jim@rcw19190020.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | jon@jaykaysplace.com | jon@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | jon@jaykaysplace.com | jon@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |
| NewCreditLine | jon@jaykaysplace.com | jon@jaykaysplace.com: $12500 Unsecured Credit line | 9/3/2005 10:00 PM | | 2KB |

Unread: 17312 Total: 17695

start | Impulse MG Email Log... | Impulse MG - Thunde... | 9:24 AM

20