IMG Email Log 9



Dockets.Justia.com







4



5





7

