

9



10









13



14



15