IMG Email Log 10



1



2



3







6



7

Case 2:06-cv-01469-JCC    Document 46    Filed 10/05/2007    Page 8 of 10



8



9

