IMG Email Log 11

1





3



4









8



9



10