

11



12



13





15



16



17



18



19



20