# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OMNI INNOVATIONS, LLC, a Washington limited liability company,

    Plaintiff,

v.

IMPULSE MARKETING GROUP, INC., a Nevada/Georgia corporation; JEFFREY GOLDSTEIN, individually and as part of his marital community; GREGORY GREENSTEIN, individually and as part of his marital community; STEVE WADLEY, individually and as part of his marital community; JOHN DOES, I-X,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  C06-1469-JCC

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    Defendants' motion to dismiss (Dkt. No. 33) is GRANTED. Plaintiff's motion to stay (Dkt. No. 27) is moot and therefore STRICKEN.

Dated this 19th day of October, 2007.

                                BRUCE RIFKIN
                                Clerk

                                */s/ C. Ledesma*
                                Deputy Clerk